## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

TIMOTHY A. KREBS
and
TINA E KREBS

                                    DEBTORS

CAPITAL ONE AUTO FINANCE
                            Plaintiff


        v.


Timothy A. Krebs and Tina E Krebs
and
Thomas P. Gorman, Trustee,

Chapter 13

Case No. 15-14061-KHK


### ANSWER AND REPORT OF TRUSTEE
### TO RELIEF FROM STAY MOTION


COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1)    The Plan of this Chapter 13 Case was confirmed by the Court on April 11, 2016, and provides for payment of the secured creditor as follows:

    (a)    Pre-petition arrearage claim of $590.00 by monthly installments of $15.00 from the payments made under this confirmed Plan.

    (b)    Post-petition regular monthly payments directly by the Debtor.

(2)    No record of Post-petition regular monthly installments is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

**ANSWER & REPORT OF TRUSTEE, PAGE 2**
**CASE #15-14061-KHK**

    (3)    The payments to date on the arrearage claim of this Secured Creditor are reflected opposite the name of the Secured Creditor on the attached periodic report of the accounts of this Chapter 13 case; and that such periodic report represents a true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated.

    AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date:   January 12, 2018

             __/s/ Thomas P. Gorman _____
             Thomas P. Gorman
             Chapter 13 Trustee
             300 North Washington Street, Ste. 400
             Alexandria, VA 22314
             (703) 836-2226
             VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 12th day of January, 2018.

             _/s/Thomas P. Gorman_____
             Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee

INTERIM STATEMENT AS OF 01/12/2018

CASE NO: 15-14061-KHK

STATUS: BASE PLAN

| | | |
|---|---|---|
| DEBTOR: XXX-XX-3142 | JOINT DEBTOR: XXX-XX-2313 | SCHEDULE: 240.00 MONTHLY |
| KREBS, TIMOTHY A. | KREBS, TINA E | TOTAL PAID: 5,240.00 |

AKA:

DATE FILED: 11/17/2015    4400 MILROY CREST STREET    4400 MILROY CREST STREET

CONFIRMED: 04/11/2016    APT. 3108    APT. 3108

LATEST 341: 12/22/2015    FAIRFAX, VA 22030    FAIRFAX, VA 22030

PERCENTAGE: 11.000

ATTORNEY: SCOTT ALAN WEIBLE, ESQUIRE
10645 N. ORACLE ROAD
PMB 121-353
ORO VALLEY, AZ 85737-9387
Phone:703 754-2092 Fax:

PLAN: 60 MONTHS

1st PAYMENT DUE: 12/2015

ON SCHEDULE: 5,960.00

ACTUAL PAYMENTS: 5,240.00

AMOUNT BEHIND: 720.00

Needed to Complete Base:

BASE: 14,360.00

9,120.00

### LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 09/06/17 | PRINCE WILLIAM CO | 120.00 |
| 08/16/17 | PRINCE WILLIAM CO | 120.00 |
| 08/01/17 | PRINCE WILLIAM CO | 120.00 |
| 07/17/17 | PRINCE WILLIAM CO | 120.00 |
| 07/05/17 | PRINCE WILLIAM CO | 120.00 |
| 06/21/17 | PRINCE WILLIAM CO | 120.00 |
| 05/31/17 | PRINCE WILLIAM CO | 120.00 |
| 05/17/17 | PRINCE WILLIAM CO | 120.00 |
| 05/02/17 | PRINCE WILLIAM CO | 120.00 |
| 04/11/17 | PRINCE WILLIAM CO | 120.00 |
| 04/04/17 | PRINCE WILLIAM CO | 120.00 |
| 03/15/17 | PRINCE WILLIAM CO | 120.00 |
| 03/02/17 | PRINCE WILLIAM CO | 120.00 |
| 02/14/17 | PRINCE WILLIAM CO | 120.00 |

### PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED / TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 347323 | CAPITAL ONE AUTO FINANCE / PAY PER CONF ORDER | FIX / 12/2017 | SEC / 100.00 | 15.00 / 0.00 | | 590.00 / 590.00 | 590.00 / 590.00 | 375.00 / 0.00 | 215.00 / 0.00 |
| 002 | 327191 | QUANTUM3 GROUP LLC / ACE CASH-W/DRAWN BY CRED 9/23/16 | PRO-I | UNS / 11.00 | 0.00 / 0.00 | | 622.53 / 635.00 | 0.00 / 0.00 | 0.00 / 0.00 | Closed |
| 003 | 338246 | AMCB | PRO | UNS / 11.00 | 0.00 / 0.00 | | 0.00 / 200.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 004 | 338246 | AMCB | PRO | UNS / 11.00 | 0.00 / 0.00 | | 0.00 / 809.83 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 005 | 319657 | APPLE FEDERAL CREDIT UNION | PRO / 07/2017 | UNS / 11.00 | 0.00 / 0.00 | | 3,482.77 / 3,482.77 | 3,482.77 / 383.10 | 39.26 / 0.00 | 343.84 |
| 006 | 342985 | BLAZE MASTERCARD | PRO | UNS / 11.00 | 0.00 / 0.00 | | 0.00 / 425.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 007 | 323976 | CAPITAL ONE BANK USA, NA | PRO | UNS / 11.00 | 0.00 / 0.00 | | 530.81 / 530.81 | 530.81 / 58.39 | 0.00 / 0.00 | 58.39 |
| 008 | 334635 | QUANTUM3 GROUP LLC AS AGENT / CATHERINES | PRO | UNS / 11.00 | 0.00 / 0.00 | | 251.98 / 221.91 | 251.98 / 27.72 | 0.00 / 0.00 | 27.72 |
| 009 | LVNV | LVNV FUNDING LLC. / CREDIT ONE BANK | PRO | UNS / 11.00 | 0.00 / 0.00 | | 430.75 / 365.00 | 430.75 / 47.38 | 0.00 / 0.00 | 47.38 |
| 010 | LVNV | LVNV FUNDING LLC. / CREDIT ONE BANK | PRO | UNS / 11.00 | 0.00 / 0.00 | | 465.25 / 75.00 | 465.25 / 51.18 | 0.00 / 0.00 | 51.18 |
| 011 | 325836 | US DEPARTMENT OF EDUCATION / NELNET | PRO / 09/2017 | UNS / 11.00 | 0.00 / 0.00 | | 45,321.47 / 39,787.00 | 45,321.47 / 4,985.36 | 722.53 / 0.00 | 4,262.83 |
| 012 | 324595 | EMA | PRO | UNS / 11.00 | 0.00 / 0.00 | | 0.00 / 20.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 013 | 328645 | FAIRFAX COUNTY FIRE & RESCUE | PRO | UNS / 11.00 | 0.00 / 0.00 | | 0.00 / 244.18 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 014 | 343612 | JEFFERSON CAPITAL SYSTEMS, LLC / PREMIER BANKCARD | PRO | UNS / 11.00 | 0.00 / 0.00 | | 767.96 / 708.70 | 767.96 / 84.48 | 0.00 / 0.00 | 84.48 |
| 015 | 293468 | FIRST PREMIER BANK | PRO | UNS / 11.00 | 0.00 / 0.00 | | 0.00 / 175.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 016 | 294856 | FIRST SAVINGS CREDIT CARD | PRO | UNS / 11.00 | 0.00 / 0.00 | | 0.00 / 533.60 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 017 | 336551 | INOVA | PRO | UNS / 11.00 | 0.00 / 0.00 | | 0.00 / 350.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 018 | 332103 | CAPITAL ONE, NA / KOHLS | PRO | UNS / 11.00 | 0.00 / 0.00 | | 696.71 / 696.71 | 696.71 / 76.64 | 0.00 / 0.00 | 76.64 |
| 019 | 332103 | CAPITAL ONE, NA / KOHLS | PRO | UNS / 11.00 | 0.00 / 0.00 | | 579.60 / 579.60 | 579.60 / 63.76 | 0.00 / 0.00 | 63.76 |
| 020 | LVNV | LVNV FUNDING LLC. / LENDING CLUB CORP | PRO / 08/2017 | UNS / 11.00 | 0.00 / 0.00 | | 7,929.24 / 7,563.80 | 7,929.24 / 872.22 | 114.79 / 0.00 | 757.43 |
| 021 | 338811 | MABT/CONTFIN | PRO | UNS / 11.00 | 0.00 / 0.00 | | 0.00 / 257.00 | 0.00 / 0.00 | 0.00 / 0.00 | Mabt Filed |
| 022 | 342626 | MEDICAL REVENUE SERVICE | PRO | UNS / 11.00 | 0.00 / 0.00 | | 0.00 / 232.90 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 023 | 342989 | MILDRED P. KREBS | PRO | UNS / 11.00 | 0.00 / 0.00 | | 0.00 / 2,300.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.      Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 01/12/2018

CASE NO: 15-14061-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-3142          JOINT DEBTOR: XXX-XX-2313
KREBS, TIMOTHY A.          KREBS, TINA E          SCHEDULE:     240.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 024 | 340136 | NAVIENT | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 0.00 2,042.44 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 025 | 342070 | NC FINANCIAL DISPUTED | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 0.00 6,651.87 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 026 | 336215 | NOVANT HEALTH | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 0.00 100.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 027 | 328560 | PEDIATRIX MEDICAL GROUP | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 0.00 244.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 028 | 339010 | NAVIENT SOLUTIONS INC | PRO 08/2017 | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 2,072.27 2,100.00 | 2,072.27 227.95 | 29.89 0.00 | 198.06 0.00 |
| 029 | 338827 | MIDLAND FUNDING LLC SYNCHRONY BANK | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 446.60 403.48 | 446.60 49.13 | 0.00 0.00 | 49.13 0.00 |
| 030 | 335276 | TD BANK USA | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 365.30 323.85 | 365.30 40.18 | 0.00 0.00 | 40.18 0.00 |
| 031 | 335276 | TD BANK USA | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 370.93 323.85 | 370.93 40.80 | 0.00 0.00 | 40.80 0.00 |
| 032 | 332313 | UNITED CONSUMERS INC | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 0.00 555.14 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 033 | 332313 | UNITED CONSUMERS INC | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 0.00 49.15 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 034 | 338596 | AMERICAN INFOSOURCE LP VERIZON | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 190.07 197.00 | 190.07 20.91 | 0.00 0.00 | 20.91 0.00 |
| 035 | 328284 | VERIZON | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 0.00 12.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 036 | 342990 | LAURAL FINDLEY | PRO-I | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Closed |
| 037 | 335940 | QUANTUM3 GROUP LLC UNLISTED - ACE CASH EXPRESS INC | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 622.53 68.48 | 622.53 68.48 | 0.00 0.00 | 68.48 0.00 |
| 038 | 319657 | APPLE FEDERAL CREDIT UNION UNLISTED - NSF | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 363.95 40.03 | 363.95 40.03 | 0.00 0.00 | 40.03 0.00 |
| 039 | 250300 | APPLE FEDERAL CREDIT UNION UNLISTED - NSF | PRO | UNS 11.00 | 0.00 0.00 | 0.00 0.00 | 626.09 68.87 | 626.09 68.87 | 0.00 0.00 | 68.87 0.00 |
| 799 | WEIBLE | SCOTT ALAN WEIBLE, ESQUIRE | PRO 03/2017 | ATY 100.00 | 0.00 0.00 | 0.00 0.00 | 5,050.00 5,050.00 | 3,550.00 3,550.00 | 3,550.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 305.88 | 305.88 | |
| | | TOTALS: | | | 15.00 0.00 | | 71,154.28 78,201.59 | 69,960.16 11,652.46 | 5,137.35 0.00 | 6,515.11 0.00 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,050.00 | 0.00 | 590.00 | 72,561.59 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,550.00 | 0.00 | 590.00 | 7,206.58 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 3,550.00 | 0.00 | 375.00 | 906.47 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 215.00 | 6,300.11 | 0.00 | DUE CREDITORS: | 6,515.11 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 467.86 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 102.65 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 215.00 | 6,300.11 | 0.00 | APPROX BALANCE: | 6,880.32 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                    Case Maintenance 10.5