# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

_____

In Re:

    Timothy A. Krebs                                Chapter 13

    Tina E. Krebs

                                                   Case No:  15-14061-KHK

        Debtors.

_____

## DEBTORS' NON-OPPOSITON TO CAPITAL ONE AUTO FINANCE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

   **COME NOW**, Debtors Timothy A. Krebs and Tina E. Krebs, and each of them, by counsel, and hereby respectfully advise this Honorable Court that they do not oppose the motion for relief from the automatic stay filed herein by Capital One Auto Finance, a division of Capital One N.A., on about January 3, 2018, as Doc 33.  chapter 13 trustee's Motion to Dismiss, filed herein as Doc 59 on 12/04/17.

                                                  Timothy A. Krebs & Tina E. Krebs
                                                  By Counsel,

Dated:  January 22, 2018            /s/ Scott Weible, Esq.
                                                  Scott Weible, Esq., VSB #75633
                                                  Weible Law Firm PLLC
                                                  1846 E. Innovation Park Drive
                                                  Oro Valley, AZ 85755-1963
                                                  scott@weible.com
                                                  (703) 754-2092
                                                     Counsel for Debtors

///

///

///

///

## **CERTIFICATE OF SERVICE**

      I certify that I have this 22nd day of January, 2018, transmitted a true copy of the foregoing Non-Opposition either electronically through the Court's CM/ECF system, or by U.S. first class mail postage pre-paid, to the Debtor, to the Chapter 13 Trustee, and the United States Trustee if other than by electronic means is provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of the court.

      /s/ Scott Weible
      Scott Weible